UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RANDALL EUGENE JONES,

    Plaintiff,

v.                                                               Case No. 8:24-cv-72-KKM-SPF

KYLE EVERETT BURCH; HIRSCHBACH
MOTOR LINES, INC.,

    Defendants.
_____/

## ORDER

    This cause comes before the Court upon Defendants' Motion to Compel Plaintiff to Provide Better Rule 26 Initial Disclosures (Doc. 31). Plaintiff has not responded to the motion, and the time to do so has expired. *See* L.R. 3.01(c), M.D. Fla. (party opposing motion must file response in opposition within 14 days after service). Therefore, the motion is deemed unopposed. *See id.* ("If a party fails to timely respond, the motion is subject to treatment as unopposed."); *Legends Collision Ctr., LLC v. State Farm Mut. Auto. Ins. Co.*, No. 6:14-cv-6006-ORL-31TBS, 2016 WL 3406409, at *1 (M.D. Fla. June 21, 2016) (stating that a party's failure to respond to a motion indicates the motion is unopposed).

    Defendants ask the Court to compel Plaintiff to provide better initial disclosures that detail the amount of his past and future medical expenses as well as any of his past and future non-economic damages (Doc. 31). While Plaintiff provided initial disclosures, the initial disclosures failed to articulate Plaintiff's damages (Doc. 31-3). As Plaintiff has not opposed the motion to compel, the motion is granted.

Plaintiff shall serve Defendants with amended initial disclosures that articulate Plaintiff's past and future medical expenses as well as his past and future non-economic damages within 21 days of this Order.

Accordingly, it is hereby

**ORDERED**:

Defendants' Motion to Compel Plaintiff to Provide Better Rule 26 Initial Disclosures (Doc. 31) is **GRANTED**.  Plaintiff shall serve Defendants with the amended initial disclosures within 21 days of the date of this Order.

**ORDERED** in Tampa, Florida, September 24, 2024.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE